AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Taras Semuso

Defendant

Case No. 1:22mj2236

**FILED**
NOV 21 2022
Clerk of Court, United States District Court
Ohio Northern District - AKRON

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Taras Semuso

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1343 - Wire Fraud

Date: November 10, 2022

City and state: Cleveland, Ohio

James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/10/2022, and the person was arrested on *(date)* 11/15/2022
at *(city and state)* Medina, Ohio

Date: 11/15/2022

*Arresting officer's signature*

Timothy E. Edquist, Special Agent
*Printed name and title*